☑ Original        ☐ Duplicate Original

**FILED**

# UNITED STATES DISTRICT COURT

SEP 02 2025

for the
Eastern District of Tennessee

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

Information Associated with the Facebook User
Shawn.Renfro.2025 that is Stored at Premises
Controlled by Meta Platforms, Inc.

)
)
)
)
)
)
)

Case No.  2:25-MJ-170 SEALED

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Tennessee_____ *(identify the person or describe the property to be searched and give its location)*:

Facebook user accounts associated with SHAWN.RENFRO.2025 as further described in Attachment A, which is incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

User profile(s), activity logs, message content and location information as more fully described in Attachment B, which is incorprorated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____9/11/25_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Cynthia Richardson Wyrick_____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☑ until, the facts justifying, the later specific date of    02/20/2026

Date and time issued:  8/28/25 @ 4:00p

_____
Judge's signature

City and state:    Greeneville, Tennessee

Cynthia Richardson Wyrick, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>2:25-MJ-17 ○ SEALED | Date and time warrant executed:<br>8/29/2025 @12:45PM | Copy of warrant and inventory left with:<br>N/A provided by Facebook |

| Inventory made in the presence of : N/A sent via portal to Facebook |
|---|

Inventory of the property taken and name(s) of any person(s) seized:

Neoprint of Facebook profile for Shawn.Renfro.2025 provided via Meta Law Enforcemne portal on 9/2/2025. Downloaded to optical disc.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/2/2025

/S/ Erik Doell
*Executing officer's signature*

Erik Doell, SA FBi
*Printed name and title*

# ATTACHMENT A
## Property to Be Searched

This warrant applies to information associated with the following Meta (Facebook) accounts that are stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California, specifically: Facebook user shawn.renfro.2025, account ID number 61560998160687, and/or email addresses renfro.s37857@gmail.com and shawnrenfro952@gmail.com, for the timeframe of October 4, 2024 to the present.

## ATTACHMENT B
### Particular Things to be Seized

I.  **Information to be disclosed by Meta Platforms, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of **Meta Platforms, Inc.** ("Meta"), including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)  All contact and personal identifying information including but not limited to the following for Meta User: shawn.renfro.2025, account ID number 61560998160687, and/or email addresses: renfro.s37857@gmail.com and/or shawnrenfro952@gmail.com; full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)  All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)  All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)  All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers;

future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i) All information about the Facebook pages that the account is or was a "fan" of;

(j) All past and present lists of friends created by the account;

(k) All records of Facebook searches performed by the account;

(l) All information about the user's access and use of Facebook Marketplace;

(m) The types of service utilized by the user;

(n) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

(q) Any and all geo-location data information.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of Sexual Exploitation of a Minor and Material Constituting or Containing Child Pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A, from October 4, 2024, until the date of the warrant, for the user ID's identified on Attachment A.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I,_____, attest, under penalties of perjury by the laws
　　　　*Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information

contained in

this certification is true and correct. I am employed by _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Entity*

(hereinafter "the entity"), and my title is_____. I am qualified
　　　　　　　　　　　　　　　　　　　　*Title*

to authenticate the records attached hereto because I am familiar with how the records

were created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

_____. I further state that:
　　　*Generally describe records (pages/CDs or DVDs/megabytes)*

a.　　all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

b.　　such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

1.　　the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

2.　　the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____          _____

Date                                    Signature